IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

      Plaintiff,               No. CIV S-11-2749 MCE CKD P

      vs.

MATTHEW CATE, et al.,

      Defendants.         <u>ORDER</u>

      Plaintiff is a prisoner proceeding pro se and in forma pauperis. On March 20, 2012, the court ordered the United States Marshal to serve plaintiff's complaint on defendant Mead. Process directed to defendant Mead was returned unserved. Plaintiff indicated that defendant Mead is a Correctional Officer at Folsom State Prison. The U.S. Marshal learned there is no officer by that name at Folsom State Prison. Plaintiff indicates he may be able to learn more information about the defendant he references as defendant "Mead" if he can review his prison records. Plaintiff asserts he has requested permission to review his records, but has been denied.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court shall serve a copy of this order upon the Warden at California State Prison, Solano.

2. The Warden of California State Prison, Solano shall permit plaintiff to examine his prisoner central file by no later than June 10, 2012.

3. The Warden shall inform the court by letter when plaintiff has been provided review of his file.

Dated: June 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
john2749.csp