IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Plaintiff,                     No. 2:11-cv-2749 MCE CKD P

    vs.

MATTHEW CATE, et al.,

    Defendants.             <u>ORDER</u>

                             /

        On October 17, 2012, the court re-opened this action and granted plaintiff an extension of thirty days within which to file an amended complaint as plaintiff was first ordered to do on June 20, 2012 by the magistrate judge assigned to this case. Plaintiff was warned that failure to file an amended complaint within thirty days would result in dismissal. The thirty day period for filing an amended complaint has expired.

        The court notes that two copies of the October 17, 2012 order were sent to addresses provided by plaintiff. Both copies were returned to the court by the US Postal Service. Plaintiff was properly served as it is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1  In accordance with the above, IT IS HEREBY ORDERED that this action is
2 dismissed.

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE